7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Richard Eugene Fowler and Kristina Kay Fowler
**Debtor**

*Bankruptcy Case No.*
11–40533–abf7

**David C. Stover**
    Plaintiff(s)

*Adversary Case No.*
12–04270–abf

v.

**Richard Eugene Fowler**
**Kristina Kay Fowler**
    Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Default Judgment is hereby entered against Defendants Richard Eugene Fowler and Kristina Kay Fowler, Revoking the Debtors' Discharge pursuant to ll U.S.C. Section 727(a)(6)and (d)(3) and entering default judgment against the Debtor/Defendants in the amount of $293.00 costs of this action.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 1/25/13

Court to serve